## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:10CR233** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **LEONARD DAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion to dismiss (Filing No. 34). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment against the above-named Defendant, without prejudice.

IT IS ORDERED that the government's motion to dismiss (Filing No. 34) is granted.

DATED this 15th day of November, 2010.

                                                                                         BY THE COURT:

                                                                                         S/Laurie Smith Camp
                                                                                         United States District Judge